```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MAURICE PATTERSON,                    :
                   Petitioner,        :
                                      :
          -v-                         :    14 Civ. 7072 (JSR)(AJP)
                                      :    10 Cr. 94 (JSR)
UNITED STATES OF AMERICA,             :
                                      :       ORDER
                   Respondent.        :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On January 13, 2015, petitioner Maurice Patterson filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 5, 2015, United States Magistrate Judge Andrew J. Peck issued a Report and Recommendation recommending that the Court deny Mr. Patterson's petition. In response to Magistrate Judge Peck's Report and Recommendation, petitioner Patterson filed three documents, on June 18, 2015, July 15, 2015, and August 18, 2015, respectively. The Government has not filed a response to the Report and Recommendation or to Mr. Patterson's subsequent submissions, but the Court has not requested that it do so, because the Court, having reviewed the record de novo, is in total agreement with Magistrate Judge Peck's fine Report and Recommendation. Accordingly, the Court hereby denies Mr. Patterson's motion made pursuant to 28 U.S.C. § 2255 for the reasons set forth in Magistrate Judge Peck's Report and Recommendation.

Furthermore, because petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is hereby instructed to close document number 183 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 17, 2015