UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MAURICE PATTERSON,

         Petitioner,

    -v-                          14 Civ. 7072 (JSR)(AJP)
                               10 Cr. 94 (JSR)
UNITED STATES OF AMERICA,

                              AMENDED ORDER
         Respondent.
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

     On January 13, 2015, petitioner Maurice Patterson filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 5, 2015, United States Magistrate Judge Andrew J. Peck issued a Report and Recommendation recommending that the Court deny Mr. Patterson's petition. In response to Magistrate Judge Peck's Report and Recommendation, petitioner Patterson filed three documents, on June 18, 2015, July 15, 2015, and August 18, 2015, respectively. The Government filed a response to Mr. Patterson's objections to Magistrate Judge Peck's Report and Recommendation on August 3, 2015. The Court, having reviewed the record de novo, is in total agreement with Magistrate Judge Peck's fine Report and Recommendation. Accordingly, the Court hereby adopts Magistrate Judge Peck's Report and Recommendation and denies Mr. Patterson's motion made pursuant to 28 U.S.C. § 2255 for the reasons set forth in Magistrate Judge Peck's Report and Recommendation.

     Furthermore, because petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is hereby instructed to close document number 183 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 25, 2015